THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ERIC BUTERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUGARHOUSE REAL ESTATE GROUP, L.C., a Utah company,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:25CV00014 DAK-DAO<br><br>Judge Dale A. Kimball |

Pursuant to the Memorandum Decision and Order entered on June 30, 2025, Plaintiff's action is dismissed for failure to state a claim, and judgment is hereby entered in favor of Sugarhouse Real Estate Group, L.C. The Clerk of Court is directed to close this matter.

DATED this 30th day of June 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge